NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**DOUGLAS DYNAMICS, LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**BUYERS PRODUCTS COMPANY,**
*Defendant-Appellant*

———————

2015-1263, 2015-1269

———————

Appeals from the United States District Court for the Western District of Wisconsin in No. 3:09-cv-00261-wmc, Judge William M. Conley.

———————

**JUDGMENT**

———————

AARON T. OLEJNICZAK, Andrus, Sceales, Starke & Sawall, Milwaukee, WI, argued for plaintiff-cross-appellant. Also represented by CHRISTOPHER REAGAN LIRO, EDWARD R. WILLIAMS, JR.

THOMAS HARRY SHUNK, Baker & Hostetler LLP, Cleveland, OH, argued for defendant-appellant. Also represented by CHRISTINA J. MOSER.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 19, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court